Case 8:18-cr-00525-JSM-TGW   Document 189   Filed 06/11/25   Page 1 of 1 PageID 931

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America )<br>v. )<br>HENRY BONILLA ARIAS )<br> )<br>Date of Original Judgment: 04/24/2019 )<br>Date of Previous Amended Judgment: _____ )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 8:18-cr-525-JSM-TGW<br>USM No: 71301-018<br><br>Pro se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __180__ months **is reduced to** __168 months__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __04/24/2019__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 6/11/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James S. Moody, Jr., United States District Judge
*Printed name and title*